UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:23-cv-02651-TLN-KJN |
|  | No. 2:23-cv-02652-TLN-KJN |
|  | No. 2:23-cv-02653-TLN-KJN |
|  | No. 2:23-cv-02654-TLN-KJN |
|  | No. 2:23-cv-02655-TLN-KJN |
|  | No. 2:23-cv-02656-TLN-KJN |
|  | No. 2:23-cv-02657-TLN-KJN |
|  | No. 2:23-cv-02658-TLN-KJN |
|  | No. 2:23-cv-02659-TLN-KJN |
|  | No. 2:23-cv-02660-TLN-KJN |
|  | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (*See Bonilla v. Fresno County*, Case No. 2:18-cv-2544-TLN-KJN, ECF No.

1

1 | 13). On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new case pleading and assign it to the undersigned and Magistrate Judge Kendall J. Newman. (*Id.* at ECF No. 26). If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed. (*Id.*)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, the complaints/petitions in Case Nos. 2:23-cv-02651, 2:23-cv-02652, 2:23-cv-02653, 2:23-cv-02654, 2:23-cv-02655, 2:23-cv-02656, 2:23-cv-02657, 2:23-cv-02658, 2:23-cv-02659 and 2:23-cv-02660 are hereby DISMISSED. The Clerk of the Court is directed to close these cases. No further filings will be accepted.

IT IS SO ORDERED.

Dated:   December 20, 2023

Troy L. Nunley
United States District Judge